## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SULIMAY'S HAIR DESIGN INC.** | : | CIVIL ACTION |
| | : | |
| **v.** | : | |
| | : | |
| | : | **NO. 20-2731** |
| **ERIE INSURANCE EXCHANGE** | | |

## ORDER

**AND NOW**, this 6th day of October, 2020, in accordance with the Court's procedure for random reassignment of cases, it is **ORDERED** that this case is **REASSIGNED** from the calendar of the Honorable Timothy J. Savage to the calendar of the Honorable Chad F. Kenney as related to LaCampagna v. Erie Insurance 20-cv-2689.

FOR THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez
Chief Judge

Attest: _Kate Barkman_
_____
Kate Barkman
Clerk of Court